IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **THOMAS DOOLEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **UNITED INDUSTRIES CORPORATION,** | )   Civil No. **10-037-JPG-CJP** |
| **SPECTRUM BRANDS, INC.,** | ) |
| **EUGENE HOGE, and ALLISON FOLEY,** | ) |
| | ) |
| Defendants. | ) |

# ORDER

**PROUD, Magistrate Judge:**

For good cause show, defendants' Motion to Extend Deadlines Relating to Expert Witnesses and Supplemental Motion to Extend Deadlines **(Docs. 76 & 92)** are **GRANTED**.

The dates for the disclosure and depositions of expert witnesses are extended as set forth in the motions.

**IT IS SO ORDERED.**

DATE:  December 8, 2010.

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**