UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

THOMAS DOOLEY,

    Plaintiff,

v.

UNITED INDUSTRIES CORPORATION, SPECTRUM BRANDS, INC., EUGENE HOGE, and ALLISON FOLEY,

    Defendants.

Case No. 10-cv-37-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff,

IT IS FURTHER ORDERED AND ADJUDGED that this case and all Defendants are dismissed with prejudice.

**DATED: August 24, 2011**        NANCY ROSENSTENGEL

                                      By:s/Deborah Agans, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**